```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID STEVENS
    Special Assistant U.S. Attorney
 3  MICHAEL A. WHEABLE
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 07-139 DAD |
| Plaintiff, | ) | Order |
| v. | ) | |
| TINA MARIE BILLS, | ) | |
| Defendant. | ) | JUDGE: Hon. Dale A. Drozd |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Mag. No. 07-139 DAD is GRANTED.

IT IS SO ORDERED.

DATED: March 21, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
dad1:crim
bills0139.ord.dism.wpd
```